UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Denis Serebryanskiy,                                    Civil No. 12-1671 (PAM/JSM)

                         Petitioner,

v.                                                                          **ORDER**

Scott Beniecke,
Field Office Director, et al.,

                         Respondents.
_____

This matter is before the Court on the Report and Recommendation ("R&R") of

United States Magistrate Judge Janie S. Mayeron, dated March 4, 2013.

The R&R recommended that this Court dismiss as moot Plaintiff's application for

habeas corpus relief under 28 U.S.C. § 2241. Plaintiff has not filed an objection to the R&R

in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 12).

Accordingly, **IT IS HEREBY ORDERED** that:

1.      The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED as moot**;

        and

2.      This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>March 22, 2013</u>

                                        <u>s/ Paul A. Magnuson</u>
                                        Paul A. Magnuson
                                        United States District Court Judge