UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Denis Serebryanskiy,                        Civil No. 12-1671 (PAM/JSM)

           Petitioner,

v.                                        **ORDER**

Scott Beniecke,
Field Office Director, et al.,

           Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Janie S. Mayeron, dated March 4, 2013.

The R&R recommended that this Court dismiss as moot Plaintiff's application for habeas corpus relief under 28 U.S.C. § 2241. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 12).

Accordingly, **IT IS HEREBY ORDERED** that:

1.      The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED as moot**; and

2.      This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 22, 2013

                                           *s/ Paul A. Magnuson*
                                           Paul A. Magnuson
                                           United States District Court Judge